# UNITED STATES BANKRUPTCY COURT
## FOR THE
### WESTERN DISTRICT OF KENTUCKY

IN RE:        )
           )
  RICHARD EARL POLSTON  )  CASE NO.  14-10391(1)(13)
           )
       Debtor(s)  )

### MEMORANDUM-OPINION-ORDER

This matter came before the Court on the Motion for Contempt of Debtor Richard Earl Polston ("Debtor") for willful violation of the automatic stay against Creditor Aaron's Sales and Lease Ownership Store ("Aaron's").  The Court held a hearing on the Motion on September 18, 2014.  A representative of Aaron's failed to appear at the hearing or otherwise respond to the Motion.  The Court, being duly advised in the premises, finds as follows:

On August 9, 2014, the Debtor filed his Voluntary Petition seeking relief under Chapter 13 of the United States Bankruptcy Code.  Aaron's was listed as a secured creditor on Debtor's Petition and Aaron's debt was provided for in Debtor's proposed Plan.  Aaron's did not file a proof of claim. Despite imposition of the automatic stay of 11 U.S.C. § 362 on the date the Petition was filed, Aaron's contacted Debtor on four occasions by telephone post-petition and in writing on at least three occasions post-petition.  These contacts occurred despite Debtor's counsel's admonition by telephone to Aaron's manager to cease and desist such contact which was clearly in violation of 11 U.S.C. § 362(6).

The Court finds Aaron's repeated post-petition contact with Debtor to be in willful violation of the automatic stay of 11 U.S.C. § 362.  Due to such violations and as supported by the Affidavits of the Debtor and his counsel, the Court awards Debtor the following attorney's fees and punitive damages as provided for in 11 U.S.C. § 362(K)(1):

attorney's fees of $819;

punitive damages in the amount of $1,750 ($250 for each of the seven violations – – four telephone calls and three writings) for a total award of $2,569.  The Court being duly advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** Debtor Richard Earl Polston is awarded $2,369 in attorney's fees and punitive damages to be paid by Creditor Aaron's Sales and Lease Ownership Store within thirty (30) days of the date of this Order.

_____
Joan A. Lloyd
United States Bankruptcy Judge

Dated:  October 21, 2014

2